Turchi v. Philadel-
phia Bd. of Li-
cense and In-
spection Review;
Turchi, In re .... 11/24/2015378      Denied      Pa.Cmwlth.,
                          EAL                      114 A.3d 900
                          2015

# SUPREME COURT OF PENNSYLVANIA

129 A.3d 1240–1245

| | | | |
|---|---|---|---|
| Adams v. Giroux ... | 12/21/2015352 WAL (2015) | Denied | Pa.Super., 125 A.3d 465 |
| American Exp. Bank, FSB v. McGinty ........ | 12/21/2015567 MAL (2015) | Denied | No. 1034 EDA 2015 |
| Bahoque-Deleon v. Krawczuk ........ | 12/08/2015456 EAL (2015) | Denied | Pa.Super., 121 A.3d 1134 |
| Beneficial Consumer Discount Co. v. Vukman ......... | 12/21/2015311 WAL (2015) | Denied | Pa.Super., 121 A.3d 1122 |
| Com. v. Aikens [1] .... | 12/29/2015584 EAL (2015) | Denied | Pa.Super., 125 A.3d 448 |
| Com. v. Alvarez [2] ... | 12/29/2015641 MAL (2015) | Denied | Pa.Super., 125 A.3d 452 |

1. Justice EAKIN did not participate in the decision of this matter.
2. Justice EAKIN did not participate in the decision of this matter.